# IN THE UNITED STATES DISTRICT COURT
## FOR SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**BRITTNEY T. KING,**                          **CASE NO. 2:07-cv-471**
                                                    **CRIM. NO. 2:05-cr-196**
                                                    **JUDGE SMITH**
        **Petitioner,**                           **MAGISTRATE JUDGE KING**

v.

**UNITED STATES OF AMERICA,**

        **Respondent.**

## OPINION AND ORDER

On June 29, 2007, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. §2255 be dismissed. Doc. No. 31. Although the parties were specifically advised of their right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED.**

        **IT IS SO ORDERED.**

                                                  /s/ George C. Smith
                                                     GEORGE C. SMITH
                                              United States District Judge